*Exhibit #9*
*Pág. 1*
*3 nov. 2011*



## Carlos M. Benítez, Inc.

### *Política para la Resolución de Señalamientos de Discrimen u Hostigamiento Sexual*

**Propósito:**

Establecer la política para la no discriminación en el empleo y los procedimientos internos para manejar señalamientos de los empleados en relación a alegado Discrimen y Hostigamiento.

**Política:**

Es política de la compañía el proveer igualdad de oportunidad a todos sus empleados y candidatos a empleo sin distinción de raza, color, religión, sexo, origen nacional, edad, impedimento, incapacidad, o estatus de veterano de la era de Vietnam o veterano con incapacidad especial, según las leyes federales, estatales aplicables. Esta política aplica a todos los términos y condiciones de empleo, incluyendo pero no limitándose al reclutamiento, ubicación, ascensos, terminaciones, "layoff", transferencias, licencias, compensación y adiestramiento.

Es responsabilidad de cada miembro de la organización, en especial de la gerencia de la compañía el crear una atmósfera o ambiente de trabajo libre de hostigamiento, sexual o de otra clase. Además, es responsabilidad de cada uno empleado respetar los derechos de sus compañeros de trabajo.

En apoyo a esta política, la compañía ha establecido una política de Igualdad de Oportunidad en el Empleo y otra sobre Hostigamiento Sexual. A tales efectos se ha delineado el siguiente procedimiento para manejar los señalamientos de los empleados en relación a estas políticas.

**Procedimiento:**

1. Si cualquier empleado experimenta hostigamiento relacionado a sus trabajos, tiene un señalamiento que hacer al respecto, o considera que el o ella han sido tratados de una manera discriminatoria, dicho empleado deberá informar la situación de inmediato a su supervisor inmediato, el directivo del departamento o al Vicepresidente de Recursos Humanos, o su representante designado a estos efectos.

2. Una vez recibido el señalamiento, el supervisor y/o directivo del departamento notificará de inmediato al Vicepresidente de Recursos Humanos, o su representante designado.

*Exhibit #9*
*Pag. 2*
*3 Nov 2011*



3. Una vez el Departamento de Recursos Humanos es notificado del señalamiento, el vicepresidente del departamento o su representante designado comenzará una investigación exhaustiva, garantizando la máxima confidencialidad posible al empleado. Dicha investigación deberá preliminarmente ser concluida dos días laborables luego de haberse notificado el señalamiento.

4. De determinar la investigación que un individuo es culpable de hostigar a otro empleado, se tomarán las medidas disciplinarias pertinentes, incluyendo la terminación de empleo, contra el empleado que presentó la conducta de hostigamiento.

5. La compañía expresamente prohíbe cualquier acción en represalia contra cualquier empleado que haya hecho un señalamiento genuino (bona fide) bajo esta política o por contribuir a la investigación del mismo.

6. Si luego de la investigación la compañía encuentra que el señalamiento no es genuino (bona fide) o que el empleado ha provisto información falsa acerca del señalamiento, se tomarán medidas de acción disciplinaria contra el empleado que hizo el señalamiento y/o el que proveyó información falsa.

7. El supervisor, directivo del departamento y el vicepresidente de recursos humanos prepararán un informe completo con los hechos encontrados y la acción tomada a tono con las conclusiones de la investigación. Dicho documento será archivado en un expediente confidencial en el Departamento de Recursos Humanos.

8. Solamente tendrá acceso al documento el Presidente de la Compañía donde surge el señalamiento, el Presidente de la Junta de Directores y el Vicepresidente de Recursos Humanos. Para tener acceso a dicho informe, se requerirá documentar la solicitud especificando el propósito de la misma y enviar la misma al Vicepresidente de Recursos Humanos.

9. La información obtenida por el supervisor, directivo del departamento y vicepresidente del recursos humanos es estrictamente confidencial y no deberá comentarse con ninguna otra persona que no sean las anteriormente señaladas. De obtenerse conocimiento de que alguno de los involucrados en la investigación, según señalado anteriormente, ha ofrecido información a personas no autorizadas, estará sujeto a acción disciplinaria incluyendo la terminación de empleo.

PolprochostCMB.doc

3